# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST OF OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **20MJ4452**

The person charged as **Brian Jeffrey Raymond** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Columbia:

Title 18 U.S.C. § 2422(a) - Knowingly induced an individual to travel for the purpose of engaging in any sexual activity for which any person can be charged with a criminal offense.

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto. I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 10/13/2020

SPECIAL AGENT JESSE STODA
Federal Bureau of Investigation

Reviewed and Approved

Dated: 10/13/2020

Syeda Sarah Akhtar
Assistant United States Attorney