JOHN D. KIRBY
CA Bar No. 149496
110 West A Street, Suite 1100
San Diego, CA 92101
Tel (619)557-0100 Fax (619)557-0123
*Attorney for Defendant: Brian Jeffrey Raymond*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE LINDA LOPEZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN JEFFREY RAYMOND,<br><br>Defendant, | Case No. 12-MJ-04452-LL<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION FOR RELEASE WITH CONDITIONS**<br><br>**(DOCKET ENTRY # 6)** |

The party, John D. Kirby, counsel for defendant, Brian Jeffrey Raymond, respectfully request to withdraw the previous filed document number 6, Defendant's Motion for Release with Conditions.

Dated: October 15, 2020          /s/ John D. Kirby
                                               JOHN D. KIRBY
                                               Attorney for Defendant
                                               Brian Jeffrey Raymond