ROBERT S. BREWER, JR
United States Attorney
ERIC G. ROSCOE
Assistant United States Attorney
District of Columbia State Bar No. 1006245
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-9722
Email: Eric.Roscoe@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN JEFFREY RAYMOND,<br>Defendant. | Case No.: 20-mj-04452-LL<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

I, the undersigned attorney, enter my appearance as lead counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

None.

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please feel free to call me if you have any questions about this notice.

DATED: October 15, 2020.

Respectfully submitted,

ROBERT S. BREWER, JR
United States Attorney

*s/Eric. G. Roscoe*
ERIC G. ROSCOE
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>BRIAN JEFFREY RAYMOND,<br>Defendant. | Case No.: 20-mj-04452-LL<br><br>CERTIFICATE OF SERVICE |

I, the undersigned declare under penalty of perjury, that I am over the age eighteen years and I am not a party to the above-entitled action; that I served the following document: Notice of Appearance, in the following manner: by conventionally filing with the U.S. District Court for the Southern District of California through the clerk's office.

Dated: October 15, 2020.

ADAM L. BRAVERMAN
United States Attorney

*s/Eric G. Roscoe*
ERIC G. ROSCOE
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America