JOHN D. KIRBY
CA Bar No. 149496
110 W. A Street
Suite 1100, San Diego, CA 92101p
Tel (619)557-0100 Fax (619)557-0123
Attorney for Defendant: *Brian Jeffrey Raymond*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE LINDA LOPEZ)

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br>    Plaintiff,<br>   vs.<br>BRIAN JEFFREY RAYMOND,<br>    Defendant, | Case No. 20-MJ-04452-LL<br><br>**MOTION FOR RELEASE<br>WITH CONDITIONS** |

## MOTION FOR RELEASE WITH CONDITIONS

Defendant Brian Jeffrey Raymond, through counsel, respectfully requests an order releasing Mr. Raymond subject to any appropriate conditions, pending transfer to the District of Columbia. In support of that motion, Mr. Raymond states as follows:

1. On October 9, 2020, Mr. Raymond was arrested by federal officers and has been held in quarantine custody pursuant to current COVID 19 procedures since that time.

2. Mr. Raymond has been under investigation since May 17, 2020. During that time, he (a) voluntarily returned to the United States from Mexico, spending several weeks in the Washington, DC area, (b) traveled to San Diego

only after his counsel conferred with the Department of Justice and were informed that DOJ had no objection to such travel, and (c) remained in the San Diego area for months, awaiting disposition of his case.

3. At no time did Mr. Raymond attempt to flee or give any indication of intention to do so.

4. Mr. Raymond's primary reason for traveling to and staying in San Diego has been the health of his mother. Mrs. Raymond is a cancer patient who has spent the past several years fighting breast, throat, mouth and other forms of cancer. She has suffered through ongoing treatment and reconstructive surgery. Her prognosis is not good. Mr. Raymond has assisting his father in caring for his mother.

5. As has been detailed elsewhere, the Metropolitan Correctional Center (MCC) has in recent weeks witnessed a surge of COVID cases, giving it one of the highest infection rates in the country.[1]

6. While otherwise outwardly healthy, Mr. Raymond suffers from a heart condition that has required surgery in the past. He had surgery to repair a heart valve in June 2018 and currently has a band surrounding his heart. His cardiologist has prescribed regular echocardiograms to monitor the state of his

---

[1] *See* Maya Srikrishnan, "Federal Jail Downtown Now Has One of the Country's Worst COVID Outbreaks," *Voice of San Diego*, (Sept 10, 2020), *available at* https://www.voiceofsandiego.org/topics/news/federal-jail-downtown-now-has-one-of-the-countrys-worst-covid-outbreaks/.

heart.  Keeping Mr. Raymond in an environment with elevated risk of COVID 19 infection could pose a great risk to him than to the average person.  According to the Centers for Disease Control, certain serious heart conditions or other cardiovascular disease may increase the risk of severe illness from COVID-19.[2]

7. Mr. Raymond has deep ties to the San Diego community.  He spent his childhood here, has lifelong friends here, and returns here regularly.  Both of his parents, and his only sibling, all live here.

8. Prior to the events at issue in this proceeding, Mr. Raymond has had an unblemished, 23-year career in public service for the federal government.

9. At regular intervals throughout his tenure in public service, as well as shortly after the launch of the current investigation, Mr. Raymond has taken polygraph tests.  To his knowledge, he has passed every one of the more than 10 such test, including the most recent one, which addressed allegations against him.  Those results were shared with the Department of Justice.  He's taken over 10 polygraphs during his career.

---

[2] Centers for Disease Control, "*Coronavirus Disease 2019 (COVID-19):  People with Certain Medical Conditions*," updated Oct. 6, 2020, *available at* https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-with-medical-conditions.html#copd.

10. Mr. Raymond owns a home in Las Vegas, Nevada, in which he has approximately $275,000 in equity interest, which could serve as security for any release.

11. Mr. Raymond is willing to accept bail conditions up to and including an ankle monitor and house arrest.

Respectfully submitted,

Dated: October 15, 2020

/S/JOHN D. KIRBY
John D. Kirby
*Counsel for Brian Jeffrey Raymond*